Peter Bibring, SBN 223981
 peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

Matthew Strugar, SBN 232951
 matthew@matthewstrugar.com
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEXIS-OLIVIER RAY,<br><br>                    PLAINTIFF,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>                    DEFENDANTS. | Case No. CV 25-08938-ODW (AYPx)<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND COMPLAINT TO ADD DEFENDANTS** |

To the Honorable Court, all parties, and their attorneys of record:

WHEREAS, Plaintiffs filed this action on September 18, 2025, naming the City of Los Angeles (the "City") and twelve officers of the Los Angeles Police Department as defendants;

WHEREAS, the Scheduling and Case Management Order (Dkt. No. 38) issued by the Court on March 3, 2026, sets a deadline to hear motions to Amend the Pleadings or Add Parties for July 3, 2026, making the effective deadline to file such a motion June 2, 2026;

WHEREAS, a stipulation to permit the Defendants to file an amended answer was submitted (Dkt. No. 40) and granted.

WHEREAS, the Parties have been diligently prosecuting discovery in this action, including Plaintiff serving twenty-two requests for production of documents on January 28, 2026; the City serving written responses on March 24, 2026; the parties filing for a stipulated agreement to a protective order that ultimately issued on April 1, 2026 (Dkt. No. 46); and the City producing hundreds of pages of documents and hours of video on April 2, 2026; and the City continuing to compile additional responsive documents for production;

WHEREAS, Plaintiff believes that the written discovery produced has been insufficient to identify Doe defendants described in the complaint, and identifying Doe defendants will require depositions;

WHEREAS, the parties have been working since early May to schedule depositions of two defendants, Sgt. Alpert and Sgt. Hutchins, who Plaintiffs believe will help identify Doe defendants, but Defendants represent that Sgt. Alpert is out on medical leave and may be unavailable for a deposition for medical reasons, Sgt. Hutchins has been unavailable until mid-June and, due to counsel's schedules, and although a proposed date has been provided a deposition may not be scheduled until the last week of June at the earliest;

WHEREAS, the Parties believe that the discovery needed to identify Doe Defendants is substantially the same as the discovery required for the merits of the case,

1

STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS
TO ADD DEFENDANTS

such that deadline to amend the pleadings to add new Defendants may be extended without otherwise delaying the close of fact discovery, currently set for October 9, 2026, or other deadlines in the scheduling order;

The parties therefore jointly STIPULATE and respectfully request the Court to order, that:

The deadline to hear motions to amend the pleadings for the purpose of adding Defendants be extended from July 3, 2026 to September 4, 2026. All other deadlines set forth in the Scheduling Order shall remain the same.

Dated:  May 26, 2026          Respectfully submitted,

LAW OFFICE OF PETER BIBRING
LAW OFFICE OF MATTHEW STRUGAR

By: */s/ Peter Bibring*
        PETER BIBRING

*Attorneys for Plaintiff*

Dated:  May 26, 2026          HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney

By: */s/ Rebecca E. Hunter*
        REBECCA E. HUNTER, Deputy City Attorney

*Attorneys for Defendant*, CITY OF LOS ANGELES

**<u>Attestation of Electronic Signature</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 26, 2026          LAW OFFICE OF PETER BIBRING
LAW OFFICE OF MATTHEW STRUGAR

By: */s/ Peter Bibring*
        PETER BIBRING

*Attorneys for Plaintiff*

2

STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS
TO ADD DEFENDANTS