# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEXIS-OLIVIER RAY,<br><br>      PLAINTIFF,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>      DEFENDANTS. | Case No. CV 25-08938-ODW (AYPx)<br><br>**ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT TO ADD DEFENDANTS** |

Pursuant to the stipulation of the parties, and good cause appearing:

The deadline set forth in the Scheduling and Case Management Order (Dkt. No. 38) to hear motions to amend the pleadings for the purpose of adding Defendants is hereby extended from July 3, 2026, to September 4, 2026. All other deadlines set forth in the Scheduling and Case Management Order shall remain the same.

IT IS SO ORDERED.

DATED: May 27, 2026

**Hon. Otis D. Wright II**
United States District Judge

1
ORDER EXTENDING DEADLINE TO AMEND COMPLAINT