Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

Matthew Strugar, SBN 232951
matthew@matthewstrugar.com
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

LEXIS-OLIVIER RAY,

PLAINTIFF,

v.

CITY OF LOS ANGELES, *et al.*,

DEFENDANTS.

Case No. CV 25-08938-ODW (AYPx)

**[Proposed] ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER [Dkt. No. 38]**

Pursuant to the stipulation of the parties, and good cause appearing:

The deadlines set forth in the Scheduling and Case Management Order (Dkt. No. 38) are amended as follows:

| **Case Event** | **Current Date** | **New Date** |
|---|---|---|
| Fact discovery (or depo) cutoff | 10/9/2026 | 12/18/2026 |
| Expert discovery cut-off | 11/20/2026 | 2/19/2027 |
| Deadline for settlement conference | 1/25/2027 | 2/26/2027 |
| Deadline to hear motions | 2/1/2027 | 4/5/2027 |
| Deadline to file status report re settlement | 2/15/2027 | 4/19/2027 |
| <u>Deadline to file:</u><br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions / Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Amended Joint Status Report re: Settlement | 3/29/2027 | 5/31/2027 |
| Deadline to file MILs | 3/31/2027 | 6/2/2027 |
| Final Pretrial Conference | 4/5/2027<br>1:30 p.m. | 6/7/2027<br>1:30 p.m. |
| Deadline to file Oppositions to MILs | 4/7/2027 | 6/9/2027 |
| Hearing on MILs | 4/19/2027<br>1:30 p.m. | 6/21/2027<br>1:30 p.m. |
| Deadline to file Final Trial Exhibit Stipulation | 4/22/2027 | 7/1/2026 |
| Trial | 4/27/2027<br>9 a.m. | 7/6/2027<br>9 a.m. |

\\\

\\\

\\\

\\\

All other requirements in the Scheduling and Case Management Order shall remain the same.

IT IS SO ORDERED.

DATED: Sept. ___, 2026

______________________________
**Hon. Otis D. Wright II**
United States District Judge