**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R, BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: rebecca.hunter@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, ASSIST. CHIEF DOMINIC CHOI, SGT. SCOTT ALPERT, OFFICER RICARDO BALLESTEROS, OFFICER TYRONE ACOSTA, OFFICER ANDRE LINNEAR, OFFICER JUAN MORENO, OFFICER JAMES ALLEN, OFFICER JOSE BERMUDEZ, SGT. DELANO HUTCHINS, OFFICER CHRISTOPHER BAKER, OFFICER MARIO MARQUEZ and OFFICER DAVON MCCOY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEXIS-OLIVIER RAY,

Plaintiff(s),

v.

CITY OF LOS ANGELES, a municipal entity; Assistant Chief of Police DOMINIC CHOI, in his individual capacity; SGT. SCOTT ALPERT, in his individual capacity; OFFICER BALLESTEROS, in his individual capacity; OFFICER TYRONE ACOSTA, in his individual capacity; OFFICER ANDRE LINNEAR, in his individual capacity, OFFICER MARQUEZ, in his individual capacity; OFFICER MORENO, in his individual capacity; OFFICER JAMES ALLEN, in his individual capacity; OFFICER JOSE BERMUDEZ, in his individual capacity; OFFICER DAVON W. McCOY, in his individual capacity; SGT. DELANO HUTCHINS, in his individual capacity; OFFICER BAKER, in his individual capacity; and DOES 1to 25, in their individual capacities,

Defendant(s).

CASE NO. 2:25-cv-08938 ODW JC
*Hon. Otis D. Wright I, Ctrm. 5D, 1st Cthse*
*Mag. Jacqueline Chooljian, Ctrm. 750, Roybal Cthse*

**DECLARATION OF REBECCA E. HUNTER IN FURTHER SUPPORT TO THE JOINT STIPULATION TO AMEND SCHEDULING AND CASE MANAGEMENT ORDER [ECF. NO. 51]**

**DECLARATION OF REBECCA E. HUNTER**

I, Rebecca Hunter, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of this State and admitted before this Court. I am counsel of record for Defendants CITY OF LOS ANGELES, ASSIST. CHIEF DOMINIC CHOI, SGT. SCOTT ALPERT, SGT. DELANO HUTCHINS, OFFICERS: RICARDO BALLESTEROS, TYRONE ACOSTA, ANDRE LINNEAR, JUAN MORENO, JAMES ALLEN, JOSE BERMUDEZ, CHRISTOPHER BAKER, MARIO MARQUEZ and DAVON MCCOY (herein after collectively "Defendants") in this matter before the Court. I make this declaration upon my own personal knowledge, except on those matters stated upon information and belief.

2. On September 18, 2026, my office experienced a technical issue which prevented staff from obtaining the necessary procedural submittals to have Officer Tyrone Acosta attend his previously scheduled and noticed deposition set for September 22, 2026. As a result, this deposition needs to be rescheduled.

3. Also on September 18, 2026, Plaintiff counsel sent over a rough draft of categories for a FRCP Rule 30(b)(6) witness. It is likely that these categories will require more than one (1) individual to be deposed. These dates need to be coordinated in a short turnaround time frame.

4. Given my calendar with other pending matters and other depositions in this case, it is unclear if the parties can reschedule the deposition of Officer Acosta as well as the Rule 30(b)(6) deponent(s) prior to the current discovery cut-off of October 9, 2026. Defense counsel must also consider on balance the calendar of Plaintiff's counsel to ensure considerations are made.

5. As a result, the parties stipulated to modify the scheduling and case management order to permit additional limited time to continue litigating this case. (ECF 51). The parties had submitted this request with the hopes of continuing to diligently schedule depositions and while Defendants finalize discovery responses that were

recently propounded on all twelve (12) of the individual officers which total thirty-six (36) sets of discovery. These last-minute discovery requests propounded at the end of August and beginning of September 2026, as well as the depositions and technical issues experienced for Defendants highlight the further and additional good cause issues raised within the joint stipulation submitted to this honorable court.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 24th day of September, 2026, at Los Angeles, California.

Rebecca E. Hunter

Rebecca E. Hunter, Declarant