**NOTE CHANGES BY THE COURT IN RED**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LEXIS-OLIVIER RAY,<br>PLAINTIFF,<br>v.<br>CITY OF LOS ANGELES, *et al.*,<br>DEFENDANTS. | Case No. CV 25-08938-ODW (AYPx)<br>**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER [Dkt. No. 38]** |

Pursuant to the stipulation of the parties, and good cause appearing:

The deadlines set forth in the Scheduling and Case Management Order (Dkt. No. 38) are amended as follows:

| Case Event | Current Date | New Date |
|---|---|---|
| Fact discovery (or depo) cutoff | 10/9/2026 | 12/18/2026 |
| Expert discovery cut-off | 11/20/2026 | 2/19/2027 |
| Deadline for settlement conference | 1/25/2027 | 2/26/2027 |
| Deadline to hear motions | 2/1/2027 | 3/29/2027 |
| Deadline to file status report re settlement | 2/15/2027 | 4/12/2027 |
| Deadline to file:<br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions / Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Amended Joint Status Report re: Settlement | 3/29/2027 | 5/10/2027 |
| Deadline to file MILs | 3/31/2027 | 5/12/2027 |
| Final Pretrial Conference | 4/5/2027<br>1:30 p.m. | **5/17/2027<br>1:30 p.m.** |
| Deadline to file Oppositions to MILs | 4/7/2027 | 5/19/2027 |
| Hearing on MILs | 4/19/2027<br>1:30 p.m. | **6/1/2027<br>1:30 p.m.** |
| Deadline to file Final Trial Exhibit Stipulation | 4/22/2027 | 6/3/2027 |
| Trial | 4/27/2027<br>9 a.m. | **6/8/2027<br>9 a.m.** |

\\\

\\\

\\\

\\\

All other requirements in the Scheduling and Case Management Order shall remain the same.

IT IS SO ORDERED.

DATED: September 24, 2026

**Hon. Otis D. Wright II**
United States District Judge